AO 240A (Rev. 1/94)

# UNITED STATES DISTRICT COURT

**District of** MINNESOTA

Patricia M. Bussell,

Plaintiff

V.

Fisher Rosemount, Inc.

Defendant

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE 00-930 JMR/FLN

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☒ GRANTED.

☒ The clerk is directed to file the complaint.

☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this 20th day of April, 2000.

Franklin L. Noel

Signature of Judicial Officer

FRANKLIN L. NOEL, MAGISTRATE JUDGE

Name and Title of Judicial Officer

FILED APR 21 2000

FRANCIS E. DOSAL, CLERK

JUDGMENT ENTD

DEPUTY CLERK