**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Patricia Bussell,**

**Plaintiff,**

**vs.**

**Fisher Rosemount,**

**Defendant.**

**Case No. 00-930 JMR/FLN**

**STIPULATION TO FILE AND SERVE AMENDED PLEADINGS**

---

WHEREAS, the Plaintiff commenced the above-captioned matter with the filing of a *pro se* Complaint;

WHEREAS, the Defendant served and filed a timely Answer;

WHEREAS, the Plaintiff subsequently retained Hedin & Goldberg, P.A. to provide legal representation in the above-captioned matter; and

WHEREAS, the initial Rule 16 pretrial conference has not yet been held,

THEREFORE, the parties, through their respective counsel, hereby stipulate and agree as follows:

1. Pursuant to Rule 15 of the Federal Rules of Civil Procedure, the Plaintiff shall be permitted to file an Amended Complaint and that said Amended Complaint shall be filed and served on or before July 7, 2000, and

2. The Defendant shall file an Amended Answer to the Amended Complaint and the time to file and serve said Amended Answer shall be extended to anytime on or before July 28, 2000.

FILED JUN 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 6/16/00

HEDIN & GOLDBERG, P.A.

Daniel S. Goldberg (#207354)
Douglas A. Hedin (#43205)
2100 Stevens Ave. South
Minneapolis, MN 55404
(612) 871-5500

Attorneys for the Plaintiff

Dated: 6-19-00

DORSEY & WHITNEY LLP

Douglas R. Christensen (# 192594)
Erik T. Nelson (# 0296119)
Pillsbury Center South
220 South Sixth Street, Suite 1300
Minneapolis, MN 55402-1498
(612) 340-8875

Attorneys for the Defendant

**ORDER**

Upon consideration of the above stipulation of the parties and the proceedings herein, be it so ordered.

Dated: June 27, 2000

The Honorable Franklin L. Noel
United States Magistrate Judge
District of Minnesota