**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Patricia Bussell,**

**Plaintiff,**

**vs.**

**Fisher Rosemount,**

**Defendant.**

**Case No. 00-930 JMR/FLN**

**STIPULATION AND ORDER TO NAME PROPER PARTY DEFENDANT AND RENAME CASE TITLE**

---

WHEREAS, the Plaintiff commenced the above-captioned matter against her former employer with the filing of a *pro se* Complaint naming *Fisher Rosemount* as the Defendant,

WHEREAS, the name *Fisher Rosemount*, although used in various personnel documents relating to the plaintiff's former employment, is neither a legal entity nor the Plaintiff's former employer, and

WHEREAS, the name of the plaintiff's former employer is *Rosemount Inc.*,

THEREFORE, the parties, through their respective counsel, hereby stipulate and agree as follows:

1. The name of the proper party defendant in this action is *Rosemount Inc.*;

2. The case caption shall be changed to reflect that *Rosemount Inc.* is the defendant; and

3. The case shall have the following caption: *Patricia Bussell v. Rosemount Inc. a/k/a Fisher Rosemount*, Case No. 00-930.

Dated: 7/7/00

HEDIN & GOLDBERG P.A.

Daniel S. Goldberg (#207354)

FILED JUL 11 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

2100 Stevens Ave. South
Minneapolis, MN 55404
(612) 871-5500

Attorneys for the Plaintiff

Dated: 7-7-00

DORSEY & WHITNEY LLP

Douglas R. Christensen (# 192594)
Pillsbury Center South
220 South Sixth Street, Suite 1300
Minneapolis, MN 55402-1498
(612) 340-8875
Erik T. Nelson (#296119)
Attorneys for the Defendant

**ORDER**

Upon consideration of the above stipulation of the parties and the proceedings herein, be it so ordered.

Dated: July 12, 2000

The Honorable Franklin L. Noel
United States Magistrate Judge
District of Minnesota