UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-930(JMR/FLN)

| | | |
|---|---|---|
| Patricia Bussell<br><br>v.<br><br>Rosemount, Inc., a/k/a Fischer-Rosemount | ) ) ) ) ) ) | ORDER |

This matter is before the Court on defendant's motion for summary judgment, and plaintiff's motion for partial summary judgment. The Court heard oral argument on December 7, 2001.

Based on the files, records, and proceedings herein, and for the reasons stated at the hearing, IT IS ORDERED that:

1. Defendant's motion is denied. [Docket No. 22.]

2. Plaintiff's motion is denied. [Docket No. 32.]

Dated: December 12, 2001

JAMES M. ROSENBAUM
United States Chief District Judge

FILED DEC 17 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS